```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ROBERT COLIN LEWENSTEIN, FRANCESCA        :    17cv1600 (DLC)
MANUELA DAVIS, and ELSA HANNCHEN          :
GUIDOTTI,                                 :         ORDER
                                         :
              Plaintiffs,                 :
                                         :
         -v-                              :
                                         :
BAYERISCHE LANDESBANK,                    :
                                         :
              Defendant.                  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Memorandum Endorsement of December 15, 2015 ordered the parties to submit a status letter to this Court on December 1 2020.  On December 7, 2020, counsel for the plaintiffs advised the Court that the parties would file a status letter.  Having not yet received a status letter from the parties, it is hereby

ORDERED that the parties shall submit a status letter by no later than **Monday, December 14, 2020.**

Dated:   New York, New York
         December 10, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge