```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ROBERT COLIN LEWENSTEIN, FRANCESCA       :    17cv1600(DLC)
MANUELA DAVIS, and ELSA HANNCHEN         :
GUIDOTTI,                                :    ORDER
                                         :
                         Plaintiffs,     :
                                         :
              -v-                        :
                                         :
BAYERISCHE LANDESBANK,                   :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Memorandum Endorsement of December 11, 2020 ordered the parties to submit a status letter to this Court on September 17, 2021. As of today, September 22, 2021, no status letter has been received. Accordingly, it is hereby

ORDERED that the parties shall submit a status letter by no later than **Wednesday, September 29, 2021.**

Dated:   New York, New York
         September 22, 2021

                                   _____
                                            DENISE COTE
                                   United States District Judge