

Geri S. Krauss, Esq.

41 MADISON AVENUE – SUITE 4102 | NEW YORK, NY 10010 | TEL 914 949 9100 | NYC 212 763 4130 | FAX 914 949 9109 | EMAIL GSK@KRAUSSNY.COM

October 13, 2022

**BY ECF**
Hon. Denise L. Cote, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Lewenstein et al. v. Landesbank 1:17-cv-01600-DLC*

Dear Judge Cote:

I represent the Plaintiffs in the above-referenced action. I am submitting this status letter in accordance with the orders of this Court entered on February 17, 2022.

The Plaintiffs Robert Colin Lewenstein, Francesca Manuela Davis, and Elsa Hannchen Guidotti (the "Lewensteins") filed this Action against Bayerische Landesbank ("BayernLB") on March 3, 2017 seeking restitution of a work of art by Wassily Kandinsky, entitled *Das Bunte Leben*, signed 1907, and related claims (the "Action").

By stipulation made as of June 1, 2017, the parties agreed to pursue a mediation procedure (the "Mediation") prior to proceeding with the Action, and requested that the Court stay the action during the pendency of the Mediation. The Court entered the stay in its June 2, 2017 order.

The Mediation is taking place in Germany before an Advisory Committee presided by its chairman Professor Papier, the former president of the German Constitutional Court. It is being handled by the parties' German counsel. German counsel for Plaintiffs has reported to us the following with respect to the status of the pending Mediation Proceedings.

The Advisory Committee is currently in the preliminary consultation stage and expert opinions were submitted in September and October, 2022. We are advised that it is now anticipated that the preliminary consultations will likely be completed this year and the oral proceedings will most likely take place in February 2023, with a recommendation to be made shortly thereafter.

**KRAUSS** PLLC

Hon. Denise L. Cote, United States District Judge
October 13, 2022
Page 2 of 2


Based on the extensive time and efforts the parties have expended on the mediation proceeding and their continued desire to pursue it to a conclusion, Plaintiffs respectfully request that the Court continue the stay of this action entered pursuant to the June 2, 2017 stipulation. Defendant BayernLB does not oppose this request.

Respectfully submitted,

Geri S. Krauss

Granted. A status report
is due 3/1/23.

Denise Cote
10/18/22