KRAUSS PLLC

Geri S. Krauss, Esq.

41 MADISON AVENUE - SUITE 4102 | NEW YORK, NY 10010 | TEL 914 949 9100 | NYC 212 763 4130 | FAX 914 949 9109 | EMAIL GSK@KRAUSSNY.COM

June 1, 2023

**BY ECF**
Hon. Denise L. Cote, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*Re: Lewenstein et al. v. Landesbank 1:17-cv-01600-DLC*

Dear Judge Cote:

I represent the Plaintiffs in the above-referenced action. I am submitting this status letter in accordance with the order of this Court entered on March 6, 2023.

The Plaintiffs Robert Colin Lewenstein, Francesca Manuela Davis, and Elsa Hannchen Guidotti (the "Lewensteins") filed this Action against Bayerische Landesbank ("BayernLB") on March 3, 2017 seeking restitution of a work of art by Wassily Kandinsky, entitled *Das Bunte Leben,* signed 1907, and related claims (the "Action").

By stipulation made as of June 1, 2017, the parties agreed to pursue a mediation procedure (the "Mediation") prior to proceeding with the Action, and requested that the Court stay the action during the pendency of the Mediation. The Court entered the stay in its June 2, 2017 order.

The Mediation is taking place in Germany before an Advisory Committee presided by its chairman Professor Papier, the former president of the German Constitutional Court. It is being handled by the parties' German counsel. German counsel for Plaintiffs has reported to us the following with respect to the status of the pending Mediation Proceedings.

The hearing before the Advisory Committee took place on March 1, 2023. The Commission stated that they would decide the case in the Spring. We anticipate that a decision will be issued during the month of June.

KRAUSS PLLC



Based on the extensive time and efforts the parties have expended on the mediation proceeding and their continued desire to pursue it to a conclusion, Plaintiffs respectfully request that the Court continue the stay of this action entered pursuant to the June 2, 2017 stipulation. Defendant BayernLB does not oppose this request.

Respectfully submitted,

Geri S. Krauss