KRAUSS PLLC

Geri S. Krauss, Esq.

41 MADISON AVENUE - SUITE 4102 | NEW YORK, NY 10010 | TEL 914 949 9100 | NYC 212 763 4130 | FAX 914 949 9109 | EMAIL GSK@KRAUSSNY.COM

July 26 2023

**BY ECF**
Hon. Denise L. Cote, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*Re: Lewenstein et al. v. Landesbank 1:17-cv-01600-DLC*

Dear Judge Cote:

I represent the Plaintiffs in the above-referenced action. I am submitting this status letter in accordance with the order of this Court entered on June 1, 2023.

The Plaintiffs Robert Colin Lewenstein, Francesca Manuela Davis, and Elsa Hannchen Guidotti (the "Lewensteins") filed this Action against Bayerische Landesbank ("BayernLB") on March 3, 2017 seeking restitution of a work of art by Wassily Kandinsky, entitled *Das Bunte Leben,* signed 1907 (the "Painting"), and related claims (the "Action").

By stipulation made as of June 1, 2017, the parties agreed to pursue a mediation procedure (the "Mediation") prior to proceeding with the Action, and requested that the Court stay the action during the pendency of the Mediation. The Court entered the stay in its June 2, 2017 order.

On June 13, 2023, the German Advisory Committee conducting the Mediation issued its recommendation that BayernLB return the Painting to the Lewensteins. By email dated July 24, 2023, the BayernLB's German counsel notified the Lewensteins' German counsel that the BayernLB has decided to follow the recommendation of the Advisory Committee and to hand over the Painting to the Lewensteins, and requested that the Lewensteins' counsel contact the museum that has possession of the Painting to negotiate the terms of the handover.

Given the various issues that need to be addressed and documented regarding the details of the handover and the fact that the month of August are holidays in Germany, we anticipate it will take approximately two to three months for the handover to occur. Once that has happened, this matter will be fully resolved and the Lewensteins will be in a position to agree to a voluntary discontinuance of this Action.

Accordingly, the Lewensteins respectfully request that the Court continue the stay entered pursuant to the June 17, 2017 stipulation pending the negotiations required to accomplish the handover and resolve the Action. BayernLB does not oppose this request.

Respectfully submitted,

Geri S. Krauss