UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Colin Lewenstein, Francesca Manuela Davis, and Elsa Hannchen Guidotti,

Plaintiffs,

- against -

Bayerische Landesbank,

Defendant.

**ECF Case**

Case No. 17 cv 1600 (DLC)

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties who have appeared in the above-captioned action, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and the same hereby is, dismissed, with prejudice and without costs to any party as against the other.

Dated: New York, NY
November 8, 2023

KRAUSS PLLC

By:____________________
Geri S. Krauss

41 Madison Avenue, Suite 4102
New York, NY 10010
T: (914) 949-9100
F: (914) 949-9109
gsk@kraussny.com

*Attorney for Plaintiffs Robert Colin Lewenstein, Francesca Manuela Davis and Elsa Hannchen Guidotti*

MAYER BROWN LLP

By:____________________
Mark G. Hanchet

1221 Avenue of the Americas
New York, NY 10020
T: (212) 506-2695
F: (212) 849-5695
mhanchet@mayerbrown.com

*Attorneys for Defendant Bayerische Landesbank*

So Ordered: ____________________
U.S.D.J.