UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Colin Lewenstein, Francesca Manuela Davis, and Elsa Hannchen Guidotti,<br><br>Plaintiffs,<br><br>- against -<br><br>Bayerische Landesbank,<br><br>Defendant. | **ECF Case**<br><br>Case No. 17 cv 1600 (DLC)<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties who have appeared in the above-captioned action, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and the same hereby is, dismissed, with prejudice and without costs to any party as against the other.

Dated: New York, NY
November 8, 2023

| | |
|---|---|
| KRAUSS PLLC | MAYER BROWN LLP |
| By: ______________<br>Geri S. Krauss | By: ______________<br>Mark G. Hanchet |
| 41 Madison Avenue, Suite 4102<br>New York, NY 10010<br>T: (914) 949-9100<br>F: (914) 949-9109<br>gsk@kraussny.com | 1221 Avenue of the Americas<br>New York, NY 10020<br>T: (212) 506-2695<br>F: (212) 849-5695<br>mhanchet@mayerbrown.com |
| *Attorney for Plaintiffs Robert Colin Lewenstein, Francesca Manuela Davis and Elsa Hannchen Guidotti* | *Attorneys for Defendant Bayerische Landesbank* |

So Ordered: ______________
U.S.D.J.
11/14/23